So Ordered.

*s/ Christopher A. Boyko*
Senior United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

BRANDON WEITZ, individually and on behalf of all others similarly situated,

   *Plaintiff*,

vs.

VIO FRANCHISE GROUP, LLC,

   *Defendant*.
_____/

Case No. 1:23-cv-01231

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, Brandon Weitz, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1. All claims of the Plaintiff, Brandon Weitz, individually, are hereby dismissed with prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: September 29, 2023

Respectfully Submitted,

**Shamis & Gentile, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
Ohio Bar No. 100846
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

*Counsel for Plaintiff and the Class*